IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALLISON KING,<br>　　　*Plaintiff* | § § § § § § § § § § | |
| -vs- | | 6-20-CV-00504-ADA |
| BAYLOR UNIVERSITY,<br>　　　*Defendant* | | |

# FINAL JUDGMENT

In accordance with the Order Adopting the Report and Recommendation of the United States Magistrate Judge, the Court enters its Judgment as follows:

**IT IS ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

SIGNED this 14th day of April, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE