## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **ALLISON KING, JOSHUA ROOP,** *Plaintiffs*, | § § § | |
| v. | § § § | W:20-CV-00504-DC |
| **BAYLOR UNIVERSITY,** *Defendant.* | § § § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion (Doc. 75), Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiffs' case be **DISMISSED** with prejudice.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 14th day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE