**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **ALLIONS KING and JOSHUA ROOP,** on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**BAYLOR UNIVERSITY**,<br><br>*Defendant.* | Case No. 6:20-cv-00504 |

## NOTICE OF APPEAL

Plaintiffs Allison King and Joshua Roop, on behalf of themselves and others similarly situated, hereby give notice that they appeal to the United States Court of Appeals for the Fifth Circuit from: (1) the Memorandum Opinion and Order Granting Motion to Dismiss entered in this action on March 11, 2023, ECF No. 75; and (2) the final judgment entered in this action on March 14, 2023, ECF No. 76.

Dated: April 13, 2023.                                   Respectfully submitted,

By:/*s/ Jeff Edwards*
Hassan A. Zavareei*
Anna Haac*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com
           ahaac@tzlegal.com

-AND-

1

Jeff Edwards
Texas Bar No. 24014406
jeff@edwards-law.com
David James
david@edwards-law.com
Tex. Bar No. 24092572
**Edwards Law**
603 W. 17th St.
Austin, Texas 78701
Telephone: (512) 623-7727

-AND-

Eric M. Poulin*
Roy T. Willey, IV*
**ANASTOPOULO LAW FIRM, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (843) 614-8888
Fax: (843) 494-5536
Email: eric@akimlawfirm.com
          roy@akimlawfirm.com

-AND-

Jeff Ostrow*
Kristen Lake Cardoso*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email: ostrow@kolawyers.com
          cardoso@kolawyers.com

Daniel L. Warshaw*
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that I electronically filed the foregoing with the Clerk of Court using the court's Electronic Case Filing system which will send notification to all counsel of record.

/s/ *Jeff Edwards*
Jeff Edwards